IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHAN CORDOVA

    Plaintiff,

v.                                                                                  CIV. No. 11-806 GBW/ACT

CITY OF ALBUQUERQUE, RAY SCHULTZ,
CARLOS ARGUETA, AARON HEYMAN,
MATTHEW HOISINGTON, KEVIN KEES,
JAMES FOX, and KENNETH NEIBERGER,

    Defendants.

## ORDER VACATING TRIAL

On May 9, 2013, the Court held a hearing on Plaintiff's pending motions for summary judgment, *docs. 76, 77, 78*. At the hearing, the parties indicated that the criminal charges against Plaintiff remain pending in state court. They explained that the state court held a hearing on Plaintiff's speedy trial motion requesting dismissal of the charges on April 1, 2013, but has not yet issued a ruling. Because that ruling may substantially affect the issues at play in this case, the parties agreed that the trial previously set for the week of July 29, 2013, should be postponed.

Therefore, the pretrial conference set for July 12, 2013, and the trial set for the week of July 29, 2013, are hereby VACATED. Plaintiff shall notify the Court when the state court issues a ruling on Plaintiff's speedy trial motion and shall attach a copy of

1

the ruling to the notice. At that time, the Court will hold a status conference to discuss rescheduling the trial in this case.

**IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE