IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHAN CORDOVA,

    Plaintiff,

vs.                                   No. 11-cv-806 GBW/ACT

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## ORDER GRANTING CITY DEFENDANTS' *DAUBERT* MOTION

This matter comes before the Court on City Defendants' Daubert Motion to Affirmatively Admit Leica Scanstation Evidence and Related Expert Testimony (*doc. 72*) and City Defendants' Notice of Status of Daubert Motion (*doc. 129*). The Court, having considered the positions of the parties, and noting that Plaintiff does not object to the scientific and technical validity of Leica Scanstation evidence or dispute that City Defendants have laid a proper scientific and technical foundation for the admissibility of this evidence, hereby finds Defendants' Daubert motion well-taken and grants it. Consequently, assuming Defendants establish a proper foundation as to the relevance and usefulness to the trier of fact, the Court will admit the Leica Scanstation evidence described in Defendants' Motion (*doc. 72*).

    **IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**