IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEPHAN CORDOVA,

    Plaintiff,

v.                                                                        No. 11-cv-806 GBW/WPL

MATTHEW HOISINGTON, KEVIN KEES,
AND JAMES FOX,

    Defendants.

## FINAL JUDGMENT

THIS MATTER came for trial in Albuquerque on February 3, 2014, through February 10, 2014, before the Court and a jury, the Honorable Gregory B. Wormuth, United States Magistrate Judge, presiding by consent of the parties. The issues were duly tried and the jury rendered its verdict on February 10, 2014, finding against Plaintiff and in favor of Defendants. The Court therefore ordered that the Plaintiff recover nothing and that the action be dismissed on the merits. Pursuant to Rule 58(b)(2), the Clerk, with the approval of the Court, hereby enters judgment against Plaintiff and for Defendant. Should Defendant seek costs under Rule 54, he must file a "Bill of Costs" within 14 days of this filing.

Dated this 11th day of February, 2014.

Matthew J. Dykman, Clerk of Court

By: JoAnn Standridge, Deputy Clerk

Approved By:

Gregory B. Wormuth
United States Magistrate Judge
**Presiding by Consent**